McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-cr-0095 OWW |
| Plaintiff, | ) |
| v. | ) ORDER |
| MIGUEL PANTOJA-BELTRAN, et al., | ) |
| Defendants. | ) |

Having read and considered the parties' stipulation to continue the current motions hearing date of February 4, 2008, in this matter,

IT IS THE ORDER of the Court that the hearing set for February 4, 2008, is hereby vacated, the matter is reset for a status conference on February 19, 2008, at 9:00 a.m.

The Court has already excluded time to and through the trial date of April 15, 2008.

IT IS SO ORDERED.

**Dated:   January 31, 2008**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

1