**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
NOE VILLASENOR PIEDRA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF,<br><br>NOE VILLASENOR PIEDRA,<br>        DEFENDANT. | Case No.: 07-CR-00095 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ANN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, NOE VILLASENOR PIEDRA by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for January 20, 2009 be continued to January 26, 2009 at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual request between Assistant United States Attorney, Karen Escobar and is joined by counsel for the defendant.

   Based upon the foregoing, I respectfully request that this matter be continued to January 26, 2009.

1  The parties also agree that the delay resulting from the continuance shall be excluded in
2  the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: January 12, 2009            /s/ David A. Torres
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   NOE VILLASENOR PIEDRA


                                   McGREGOR W. SCOTT
                                   United States Attorney

Dated: January 12, 2009            By /s/ Karen Escobar
                                   KAREN ESCOBAR
                                   Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Status Conference    2

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).   IT IS SO ORDERED.

Dated:   January 12, 2009          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Status Conference   3