1

**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059

2
1318 K Street
Bakersfield, CA 93301

3
Ph.: (661)326-0857
Fax.: (661) 326-0936

4
e-mail: lawtorres@aol.com

5
Attorney for Defendant
NOE VILLASENOR PIEDRA

6

7

8

9

10

11

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13
UNITED STATES OF AMERICA,
                         PLAINTIFF,

14

Case No.: 07-CR-00095 OWW

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

15
NOE VILLASENOR PIEDRA ,

16
                    DEFENDANT.

17

18
TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER

19
W. WANGER  AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

20
      **COMES NOW** Defendant, NOE VILLASENOR PIEDRA by and through his attorney

of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

21
March 30, 2009 be continued to April 20, 2009 at 9:00 a.m., or a date convenient to court and

22
counsel.

23
      This is a mutual request between Assistant United States Attorney, Karen Escobar and is

24
joined by counsel for the defendant.

25
      On Monday, March 30, 3009, I am scheduled to commence trail on a felony homicide

26
case.

27
Based upon the foregoing, I respectfully request that this matter be continued to April 20, 2008.

28

1         The parties also agree that the delay resulting from the continuance shall be excluded in

2    the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

3

4

5    Dated: March 26, 2009                                    /s/ David A. Torres
                                                              DAVID A. TORRES
6                                                             Attorney for Defendant
                                                               NOE VILLASENOR PIEDRA
7

8                                                             McGREGOR W. SCOTT
                                                              United States Attorney
9
     Dated: March 26, 2009                                    By /s/ Karen Escobar
10                                                            KAREN ESCOBAR
                                                              Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1 | **ORDER**

2 |     IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.

3 | §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

4

5

6

7

8

9

10

11 |         IT IS SO ORDERED.

12 | **Dated:**    **March 26, 2009**         **/s/ Oliver W. Wanger**
             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Stipulation and Proposed Order to Continue Status Conference   3