1 HEATHER E. WILLIAMS, Bar #122664
 Federal Defender
2 DAVID M. PORTER, Bar #127024
 Assistant Federal Defender
3 Counsel Designated for Service
 801 I Street, 3rd Floor
4 Sacramento, California 95814
 Telephone: (916) 498-5700

5

6 Attorneys for Defendant
 NOE VILLASENOR PIEDRA

7

8        UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  No.  Cr. F 07-95 LJO

12     Plaintiff,  **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

13   v.

14 NOE VILLASENOR PIEDRA,  RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE

15     Defendant.

16        Judge:  Honorable LAWRENCE J. O'NEILL

17    Defendant, NOE VILLASENOR PIEDRA by and through his attorney, Assistant Federal

18 Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19 counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24    2.   On April 20, 2009, this Court sentenced Mr. Piedra to a term of 141 months

25 imprisonment;

26    3.   His total offense level was 33, his criminal history category was II, and the

27 resulting guideline range was 151 to 188 months.  The Court departed downward to a sentence of

28 141 monts;

Stipulation and Order Re: Sentence Reduction    1

4. The sentencing range applicable to Mr. Piedra was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Piedra's total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 155 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Piedra's term of imprisonment to 121 months.

Respectfully submitted,

Dated:  May 27, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ Kathleen A. Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   May 27, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
NOE VILLASENOR PIEDRA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Piedra is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2009 is reduced to a term of 121 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Piedra shall report to the United States Probation Office

2   within seventy-two hours after his release.

3

4   IT IS SO ORDERED.

5       Dated:   **May 28, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28